UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 15-cv-14324-RLR

ADELINO TEIXEIRA, MARIA INES )
HENRIQUES, )
    Plaintiff(s), )
)
v. )
)
SR 60 SHELL, INC. and )
RAM PRESAD GHIMIRE )
    Defendant(s). )

## DECLARATION OF ADELINO TEIXEIRA IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1. My name is Adelino Teixeira and I am a Plaintiff in the above-styled action.

2. I was hired by the Defendants, SR 60 SHELL, INC and RAM PRESAD GHIMIRE, as a clerk from approximately June 2014 through June 2015.

3. While employed by the Defendants, I worked an average of 100 hours per week, but the Defendants only paid me straight time for each hour I worked at $8.00 per hour. In other words, the Defendants failed to pay 60 hours of overtime at ½ time or $4.00 each week that I worked for the Defendants. Once it became 2015, I was then being paid below minimum wage as well.

4. I am owed $12,609.40 in unpaid overtime and minimum wages for the period I was employed by the Defendants.

5. My attorney told me that the Defendants' actions entitled me to two times $12,609.40 or $25,218.80 from the Defendants plus attorney's fees and costs. Therefore, I am owed $25,218.80 in damages plus attorney's fees and costs.

6. This document has been translated to me from English to Spanish by my attorney.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DECLARATION OR THAT THE FOREGOING DECLARATION HAS BEEN READ TO ME AND THAT THE FACTS STATED IN IT ARE TRUE.

Date: 07/01/2016

Adelino Teixiera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 15-cv-14324-RLR

ADELINO TEIXEIRA, MARIA INES )
HENRIQUES, )
         Plaintiff(s), )
         )
v. )
SR 60 SHELL, INC, and )
RAM PRESAD GHIMIRE )
         Defendant(s). )
_____ )

### DECLARATION OF MARIA INES HENRIQUES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1. My name is Maria Ines Henriques and I am a Plaintiff in the above-styled action.

2. I was hired by the Defendants, SR 60 SHELL, INC and RAM PRESAD GHIMIRE, as a clerk from approximately June 2014 through June 2015.

3. While employed by the Defendants, I worked an average of 64 hours per week, but was not paid anything for my time. I was not paid minimum wage and I was not paid overtime.

4. I am owed $12,609.40 in unpaid overtime and minimum wages for the period I was employed by the Defendants. This is the minimum wage rate multiplied by 64 hours plus the minimum wage rate multiplied by 24 hours at a halftime rate.

5. My attorney told me that the Defendants' actions entitled me to two times $31,576.48 or $63,152.95 from the Defendants plus attorney's fees and costs. Therefore, I am owed $63,152.95 in damages plus attorney's fees and costs.

6. This document has been translated to me from English to Spanish by my attorney.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DECLARATION OR THAT THE FOREGOING DECLARATION HAS BEEN READ TO ME AND THAT THE FACTS STATED IN IT ARE TRUE.

Date: 07/01/2016

*Maria Ines Henriques*
Maria Ines Henriques

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 15-cv-14324-RLR

| | |
|---|---|
| ADELINO TEIXEIRA, MARIA INES HENRIQUES, | ) <br> ) |
| Plaintiff(s), | ) |
| v. | ) |
| SR 60 SHELL, INC. and RAM PRESAD GHIMIRE | ) <br> ) |
| Defendant(s). | ) <br> ) |

**DECLARATION OF ATTORNEY'S FEES IN SUPPORT OF
MOTION FOR COURT'S DEFAULT JUDGMENT**

1. My name is R. Martin Saenz and I am the attorney of record for Plaintiffs.

2. This declaration is based on my personal knowledge of the attorneys' fees and costs charged and collected, or to be charged and collected, from Plaintiffs, and upon my review of the books and records of Saenz & Anderson PLLC, made in the ordinary course of business and held under my supervision and control.

3. I am the President of Saenz & Anderson PLLC and have been a licensed and practicing attorney since May 2003. I practice primarily in Miami-Dade and Broward Counties.

**A. ATTORNEY'S FEES**

4. Under my agreement with my clients, they are obligated to pay my firm $300.00 per hour multiplied by the hours worked by each of the attorneys working on the case, plus any costs for court filings, copies, facsimiles, couriers, and postage.

5. In the handling of this matter, the attorneys at my firm (the undersigned, Ruben Martin Saenz, Ilona D. Anderson, Joshua Sheskin, and Edward Rosenberg) have expended a total of 39.95 hours of attorney time in working on the Plaintiffs' case. The above-referenced attorneys

have ample experience in the area of wage and hour law and have litigated hundreds of these cases in federal court.

6. The undersigned had an initial conference with the Plaintiffs and was the first point of contact during this entire litigation, Mr. Sheskin handled the initial part of the litigation, and Mr. Rosenberg and Ms. Anderson litigated the case through conclusion. In litigation, Plaintiffs' attorneys drafted pleadings and motions; engaged in discovery; dealt with the Defendants' multiple attempts to delay the case (their attorney withdrew twice, they blocked discovery, failed to attend depositions, etc.); prepared the necessary motions and documents to secure a judgment in this action; and much more, which resulted in the nearly 60 entries reflected on the docket. Based on 39.95 hours at the rate of $300.00, the total amount of attorneys' fees is $11,985.00.

6. Based on the actual attorney's fees, Plaintiffs request a final judgment for attorney's fees in the amount of $11,985.00.

### B. COSTS

7. In handling this matter, the costs include the following: (a) filing fee for action in the amount of $400.00; (b) service fee for filing action of $465.00 (many attempts were needed); and (c) deposition fees in the amount of $135.00. Based on the foregoing, the total amounts of costs currently are $1,000.00.

8. Plaintiffs request a final judgment for costs in the amount of $1,000.00.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DECLARATION AND THAT THE FACTS STATED IN IT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Date: July 1, 2016.

R. MARTIN SAENZ, ESQ.