UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.: 15-cv-14324-RLR

ADELINO TEIXEIRA, MARIA INES HENRIQUES,
        Plaintiff(s),
v.
SR 60 SHELL, INC. and
RAM PRESAD GHIMIRE
        Defendant(s).

**DEFAULT FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Plaintiffs' Motion for Default Final Judgment (**DE 58**), filed on July 1, 2016.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants, SR 60 SHELL, INC and RAM PRESAD GHIMIRE, for failure to defend against the Complaint served by Plaintiffs. Plaintiffs and their counsel have filed declarations as to the amount due from Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is GRANTED. Judgment is hereby entered in favor of Plaintiffs, ADELINO TEIXEIRA and MARIA INES HENRIQUES, and against Defendants, SR 60 SHELL, INC and RAM PRESAD GHIMIRE. It is further

**ADJUDGED** that (1) Plaintiff, ADELINO TEIXEIRA, shall recover from Defendants, jointly and severally, damages in the amount of $25,218.80 and that (2) Plaintiff, MARIA INES HENRIQUES, shall recover from Defendants, jointly and severally, compensatory damages in the amount of $63,152.95; (3) attorney's fees and costs in the amount of $12,985; for a sum total of

**$101,356.75**.  Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961.  For which sum let execution issue.

      DONE AND ORDERED in Chambers at Fort Pierce, Florida, this \_\_\_\_ day of July, 2016.

      _____

      UNITED STATES DISTRICT JUDGE

cc: Counsel of record
   Ram Presad Ghimire , pro se c/o Santosh Ghimire, 9520 20th St., Vero Beach , FL 32966